UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NOTHERN DIVISION

| | |
|---|---|
| LEGACY SPENCER, as the Administrator ) <br> of the Estate of Sylvester Demetrius Selby ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> EDWARD GLASER, III, in his individual ) <br> Capacity, and SHERIFF DOUG ) <br> DOUGHTIE, in his official capacity ) <br> Defendants. ) | **JUDGMENT** <br><br> No. 2:23-CV-65-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss and plaintiff's motion to lift stay and proceed to discovery.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 21, 2025, and for the reasons set forth more specifically therein, it is ordered that defendant's motion to dismiss is GRANTED.

**This Judgment Filed and Entered on March 21, 2025, and Copies To:**
Harry M. Daniels, Jr. / L.Chantel Cherry-Lassiter (via CM/ECF Notice of Electronic Filing)
Christopher Geis / Sonny Haynes (via CM/ECF Notice of Electronic Filing)


March 21, 2025                    PETER A. MOORE, JR., CLERK

                                   /s/ Sandra K.Collins
                                  (By) Sandra K. Collins, Deputy Clerk